UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:93-CR-123-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERALD FELTON, | ) | |
| Defendant. | ) | |

This matter is before the court on Felton's pro se motion for reconsideration [DE-183]. Felton requests "a fair and justified drug amount and clarification of my charged offense." Although Felton states "[t]his is NOT a successive § 2255," he also states "[the] court [has] inherent authority to address, correct, and modify the culpability at the 18KG of cocaine base concerning all participants and the validity of my offense." The court construes this motion as a request to correct his sentence, which must be brought under 28 U.S.C. § 2255. As Felton knows, successive § 2255 petitions require authorization from the Fourth Circuit Court of Appeals. 28 U.S.C. § 2244(b)(3)(A). Because Felton has not received authorization to file a successive petition, his motion [DE-183] is DENIED.

SO ORDERED.

This the _8th_ day of July, 2014.

_JAMES C. FOX_
JAMES C. FOX
Senior United States District Judge