UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:93-CR-123-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERALD FELTON, | ) | |
| Defendant. | ) | |

This matter is before the court on Felton's pro se motion for reconsideration [DE-185]. It is DENIED for the reasons stated in the court's July 8, 2014 order.

SO ORDERED.

This the 19 day of August, 2014.

JAMES C. FOX
Senior United States District Judge