IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:93-CR-00123-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERALD FELTON, | ) | |
| Defendant. | ) | |

This matter is before the court on Gerald Felton's Supplemental of Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [DE-206]. The court construes this as a motion to reconsider its order [DE-204] dated January 6, 2016, which denied Felton's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). The court explained its decision with the following explanation: "The defendant was sentenced at the statutory minimum and that minimum did not change as a result of the retroactive amendment and was not mitigated by a substantial assistance motion." *Id.* at 1. This remains the basis for denial of the motion. Accordingly, Felton's Supplemental of Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [DE-206] is DENIED.

SO ORDERED.

This, the 15 day of January, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge