IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:93-CR-00123-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERALD FELTON, | ) | |
| Defendant. | ) | |

This matter is before the court on Gerald Felton's "Written Plea Agreement" [DE-225]. The court fails to discern any basis for relief presented by the instant filing. Consequently, Felton's "Written Plea Agreement" [DE-225] is DENIED.

SO ORDERED.

This, the __1__ day of November, 2016.

_____
JAMES C. FOX
Senior United States District Judge